**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-17312-B-7 |
| | § | |
| EDWINA LOUISE HARTWIG | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/29/2010. The undersigned trustee was appointed on 06/29/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                      $27,669.06

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $30.30 |
    | Bank service fees | $311.32 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $16,652.00 |
    | Other payments to the debtor | $0.00 |
    | | |
    | Leaving a balance on hand of[1] | $10,675.44 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 10/27/2010 and the deadline for filing government claims was 12/26/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,851.71. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,851.71, for a total compensation of $1,851.71[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $128.71, for total expenses of $128.71.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2013         By:   /s/ James E. Salven
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case 10-17312    Filed 07/26/13    Doc 30

| Case No.: | 10-17312.-B-7 | | Trustee Name: | James E. Salven |
|---|---|---|---|---|
| Case Name: | HARTWIG, EDWINA LOUISE | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 6/13/2013 | | §341(a) Meeting Date: | 07/29/2010 |
| | | | Claims Bar Date: | 10/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Bank of America Checking Account | $13.00 | $0.00 | | $0.00 | FA |
| 2  Bank of America Savings Account | $6,150.00 | $0.00 | | $0.00 | FA |
| 3  Deposit with Landlord | $200.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Household Furnishings | $2,000.00 | $0.00 | | $0.00 | FA |
| 5  Misc. Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6  Misc. Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 7  AXA Equitable Retirement Account (Deferred Benefits Plan) | $0.00 | $0.00 | | $0.00 | FA |
| 8  City of Fresno Retirement (Deferred Benefits Plan) | $0.00 | $0.00 | | $0.00 | FA |
| 9  Mother's real property is in probate proceedings (Fresno Co. Sup. Ct. Case No. 08CEPR00303). Debtor has a one-seventh interest. Property is basically only land because the house on it is so old that it will have to be destroyed. The City of Fresno is purchasing 40% of the 0.9 acre lot for $131,506 (contingent upon water testing). (Debtor to receive 1/7 minus attorney fees and costs, which are unknown at this time, but in rough estimate Debtor estimates her share at $13,675). The estate has been informed that the other 60% may be valued between $70K and $170K (thus, Debtor's 1/7 share using a $1 OOK valuation is estimated at $12,571). Not sure when the sale of the property will occur. | $26,246.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  see below | | | | | |
| 10 1992 Saturn SL1 (has over 150,000 miles and needs transmission repairs with lowest estimate at $1,700). | $235.00 | $0.00 | | $0.00 | FA |
| 11 1994 Acura Integra | $2,310.00 | $0.00 | | $0.00 | FA |
| 12 Worker's compensation settlement from the City of Fresno for wrist injury (carpal tunnel). | $2,000.00 | $0.00 | | $0.00 | FA |

# FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| **Case No.:** | 10-17312-B-7 | **Trustee Name:** | James E. Salven |
|---|---|---|---|
| **Case Name:** | HARTWIG, EDWINA LOUISE | **Date Filed (f) or Converted (c):** | 06/29/2010 (f) |
| **For the Period Ending:** | 6/13/2013 | **§341(a) Meeting Date:** | 07/29/2010 |
| | | **Claims Bar Date:** | 10/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 13  Estate of Florence Schaeffer  (u) | $0.00 | $10,001.00 | | $27,666.72 | FA |
| **Asset Notes:**  per atty not worth pursuit and may be clean up issues | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $2.34 | FA |

**TOTALS (Excluding unknown value)**                                                                           **Gross Value of Remaining Assets**

                 $39,854.00                  $10,001.00                  $27,669.06                  $0.00

**Major Activities affecting case closing:**

    interest in mother's estate

    met w/estate counsel-still pursuing-checking probate court for accounting

    interest in bequest pending

**Initial Projected Date Of Final Report (TFR):**   12/31/2013                    /s/ JAMES E. SALVEN

**Current Projected Date Of Final Report (TFR):**  12/31/2013                    JAMES E. SALVEN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-17312-B-7 | | Trustee Name: | James E. Salven |
|---|---|---|---|---|
| Case Name: | HARTWIG, EDWINA LOUISE | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******4273 | | Checking Acct #: | ******7312 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2013 | | Separate bond (if applicable): | |

*Case 10-17312   Filed 07/26/13   Doc 30*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $10,002.34 | | $10,002.34 |
| 09/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.45 | $9,990.89 |
| 10/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.12 | $9,974.77 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.57 | $9,959.20 |
| 12/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.07 | $9,943.13 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.04 | $9,927.09 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.98 | $9,912.11 |
| 03/01/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $21.17 | $9,890.94 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.96 | $9,874.98 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.41 | $9,859.57 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.90 | $9,843.67 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.37 | $9,828.30 |
| 07/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.85 | $9,812.45 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.83 | $9,796.62 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.29 | $9,781.33 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.78 | $9,765.55 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.24 | $9,750.31 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.73 | $9,734.58 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.70 | $9,718.88 |
| 02/22/2013 | 5002 | International Sureties | Bond Payment | 2300-000 | | $9.13 | $9,709.75 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.16 | $9,695.59 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.65 | $9,679.94 |
| 05/07/2013 | (13) | CORENE BOPP/ESTATE OF FLORENCE | Debtor's mother's probate proceeding. | 1229-000 | $17,666.72 | | $27,346.66 |
| 05/07/2013 | 5003 | JAMES D. MILLER | claimed exemption in inheritance | 8100-002 | | $16,652.00 | $10,694.66 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.22 | $10,675.44 |
| | | | TOTALS: | | $27,669.06 | $16,993.62 | $10,675.44 |
| | | | Less: Bank transfers/CDs | | $10,002.34 | $0.00 | |
| | | | Subtotal | | $17,666.72 | $16,993.62 | |
| | | | Less: Payments to debtors | | $0.00 | $16,652.00 | |
| | | | Net | | $17,666.72 | $341.62 | |

| For the period of 6/29/2010 to 6/13/2013 | | For the entire history of the account between 09/09/2011 to 6/13/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,666.72 | Total Compensable Receipts: | $17,666.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,666.72 | Total Comp/Non Comp Receipts: | $17,666.72 |
| Total Internal/Transfer Receipts: | $10,002.34 | Total Internal/Transfer Receipts: | $10,002.34 |
| | | | |
| Total Compensable Disbursements: | $341.62 | Total Compensable Disbursements: | $341.62 |
| Total Non-Compensable Disbursements: | $16,652.00 | Total Non-Compensable Disbursements: | $16,652.00 |
| Total Comp/Non Comp Disbursements: | $16,993.62 | Total Comp/Non Comp Disbursements: | $16,993.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-17312-B-7 | **Trustee Name:** James E. Salven |
| **Case Name:** | HARTWIG, EDWINA LOUISE | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******4273 | **Money Market Acct #:** ******7312 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/29/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/13/2013 | **Separate bond (if applicable):** |

Case 10-17312    Filed 07/26/13    Doc 30

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2011 | (13) | CORENE BOPP/ELIZABETH | Estate of Florence Schaeffer | 1229-000 | $10,000.00 | | $10,000.00 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.15 | | $10,000.15 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.41 | | $10,000.56 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.42 | | $10,000.98 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.41 | | $10,001.39 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.42 | | $10,001.81 |
| 08/31/2011 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.42 | | $10,002.23 |
| 09/09/2011 | (INT) | Sterling Bank | Interest Earned For September 2011 | 1270-000 | $0.11 | | $10,002.34 |
| 09/09/2011 | | Integrity Bank | Transfer Funds | 9999-000 | | $10,002.34 | $0.00 |
| | | | **TOTALS:** | | $10,002.34 | $10,002.34 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $10,002.34 | |
| | | | **Subtotal** | | $10,002.34 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,002.34 | $0.00 | |

| For the period of 6/29/2010 to 6/13/2013 | | For the entire history of the account between 03/16/2011 to 6/13/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,002.34 | Total Compensable Receipts: | $10,002.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,002.34 | Total Comp/Non Comp Receipts: | $10,002.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,002.34 | Total Internal/Transfer Disbursements: | $10,002.34 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-17312-B-7 | Trustee Name: | James E. Salven |
|---|---|---|---|
| Case Name: | HARTWIG, EDWINA LOUISE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4273 | Money Market Acct #: | ******7312 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2013 | Separate bond (if applicable): | |

Case 10-17312    Filed 07/26/13    Doc 30

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $27,669.06 | $16,993.62 | $10,675.44 |

| For the period of 6/29/2010 to 6/13/2013 | | For the entire history of the case between 06/29/2010 to 6/13/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,669.06 | Total Compensable Receipts: | $27,669.06 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,669.06 | Total Comp/Non Comp Receipts: | $27,669.06 |
| Total Internal/Transfer Receipts: | $10,002.34 | Total Internal/Transfer Receipts: | $10,002.34 |
| | | | |
| Total Compensable Disbursements: | $341.62 | Total Compensable Disbursements: | $341.62 |
| Total Non-Compensable Disbursements: | $16,652.00 | Total Non-Compensable Disbursements: | $16,652.00 |
| Total Comp/Non Comp Disbursements: | $16,993.62 | Total Comp/Non Comp Disbursements: | $16,993.62 |
| Total Internal/Transfer Disbursements: | $10,002.34 | Total Internal/Transfer Disbursements: | $10,002.34 |

Case 10-17312    Filed 07/26/13    Doc 30

| Case No. | 10-17312-B-7 | | | Trustee Name: | | | James E. Salven |
|---|---|---|---|---|---|---|---|
| Case Name: | HARTWIG, EDWINA LOUISE | | | Date: | | | 6/13/2013 |
| Claims Bar Date: | 10/27/2010 | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | JAMES E. SALVEN  P. O. Box 25970  Fresno CA 93279 | Trustee Compensation | Allowed / 04/02/2013 | 2100-000 | $1,851.71 | $0.00 | $0.00 | $1,851.71 |
| | JAMES E. SALVEN  P. O. Box 25970  Fresno CA 93279 | Trustee Expenses | Allowed / 12/28/2012 | 2200-000 | $128.71 | $0.00 | $0.00 | $128.71 |
| | JAMES SALVEN  8427 N. Millbrook, Ste 101  Fresno CA 93720 | Accountant for Trustee Expenses (Trustee Firm) | Allowed / 02/15/2013 | 3320-000 | $121.76 | $0.00 | $0.00 | $121.76 |
| | JAMES SALVEN  8427 N. Millbrook, Ste 101  Fresno CA 93720 | Accountant for Trustee Fees (Trustee Firm) | Allowed / 02/15/2013 | 3310-000 | $967.50 | $0.00 | $0.00 | $967.50 |
| | JEFF REICH | Attorney for Trustee Fees (Other Firm) | Allowed / 11/02/2010 | 3210-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** per atty no fee app to be filed

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | CHASE BANK USA, N.A.  PO Box 15145  Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed / 08/07/2010 | 7100-000 | $27,195.25 | $0.00 | $0.00 | $27,195.25 |
| 2 | FIA CARD SERVICES, N.A.  American Infosource Lp  PO Box 248809  Oklahoma City OK 73124-8809 | General Unsecured § 726(a)(2) | Allowed / 08/24/2010 | 7100-000 | $7,846.54 | $0.00 | $0.00 | $7,846.54 |
| 3 | FIA CARD SERVICES, N.A.  American Infosource Lp  PO Box 248809  Oklahoma City OK 73124-8809 | General Unsecured § 726(a)(2) | Allowed / 08/24/2010 | 7100-000 | $6,463.91 | $0.00 | $0.00 | $6,463.91 |
| 4 | FIA CARD SERVICES, N.A.  American Infosource Lp  PO Box 248809  Oklahoma City OK 73124-8809 | General Unsecured § 726(a)(2) | Allowed / 08/24/2010 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    (4-1) CLAIM ENTERED IN ERROR. SEE CASE &#035; 10-17912

| 5 | CAPITAL ONE, N.A.  c/o Bass & Associates, P.C.  3936 E. Ft. Lowell Rd., Suite 200  Tucson AZ 85712 | General Unsecured § 726(a)(2) | Amended / 08/26/2010 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    tsf'd to claim 7

Case 10-17312   Filed 07/26/13   Doc 30

| | | |
|---|---|---|
| **Case No.** 10-17312-B-7 | **Trustee Name:** | James E. Salven |
| **Case Name:** HARTWIG, EDWINA LOUISE | **Date:** | 6/13/2013 |
| **Claims Bar Date:** 10/27/2010 | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355 | General Unsecured § 726(a)(2) | Allowed / 10/20/2010 | 7100-000 | $16,261.08 | $0.00 | $0.00 | $16,261.08 |
| 7 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed / 04/19/2013 | 7100-000 | $1,098.38 | $0.00 | $0.00 | $1,098.38 |

**Claim Notes:**   (7-1) Transfer of Claim 5

| | | | | |
|---|---|---|---|---|
| | $61,934.84 | $0.00 | $0.00 | $61,934.84 |

Case 10-17312   Filed 07/26/13   Doc 30

| **Case No.** | 10-17312-B-7 | **Trustee Name:** | James E. Salven |
| **Case Name:** | HARTWIG, EDWINA LOUISE | **Date:** | 6/13/2013 |
| **Claims Bar Date:** | 10/27/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Trustee Firm) | $121.76 | $121.76 | $0.00 | $0.00 | $121.76 |
| Accountant for Trustee Fees (Trustee Firm) | $967.50 | $967.50 | $0.00 | $0.00 | $967.50 |
| Attorney for Trustee Fees (Other Firm) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $59,963.54 | $58,865.16 | $0.00 | $0.00 | $58,865.16 |
| Trustee Compensation | $1,851.71 | $1,851.71 | $0.00 | $0.00 | $1,851.71 |
| Trustee Expenses | $128.71 | $128.71 | $0.00 | $0.00 | $128.71 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       10-17312-B-7
Case Name:      EDWINA LOUISE HARTWIG
Trustee Name:   James E. Salven

Balance on hand: $10,675.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $10,675.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| James E. Salven, Trustee Fees | $1,851.71 | $0.00 | $1,851.71 |
| James E. Salven, Trustee Expenses | $128.71 | $0.00 | $128.71 |
| James Salven, Accountant for Trustee Fees | $967.50 | $0.00 | $967.50 |
| James Salven, Accountant for Trustee Expenses | $121.76 | $0.00 | $121.76 |

Total to be paid for chapter 7 administrative expenses: $3,069.68
Remaining balance: $7,605.76

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $7,605.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $7,605.76

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,865.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $27,195.25 | $0.00 | $3,513.80 |
| 2 | FIA Card Services, N.A. | $7,846.54 | $0.00 | $1,013.82 |
| 3 | FIA Card Services, N.A. | $6,463.91 | $0.00 | $835.18 |
| 4 | FIA Card Services, N.A. | $0.00 | $0.00 | $0.00 |
| 5 | Capital One, N.A. | $0.00 | $0.00 | $0.00 |
| 6 | American Express Centurion Bank | $16,261.08 | $0.00 | $2,101.04 |
| 7 | eCAST Settlement Corporation | $1,098.38 | $0.00 | $141.92 |

Total to be paid to timely general unsecured claims: $7,605.76
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**